UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEFINA TAVAREZ,

                     Plaintiff,

          -v.-

THE CHILDRENS' VILLAGE,

                     Defendants.

No. 22-CV-09806 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On November 18, 2022, an order granting Plaintiff's *in forma pauperis* ("IFP") application was sent to Plaintiff. (Dkt. No. 4.) On December 9, 2022, an information package was mailed to Plaintiff. (Dkt. No. 8.) Both were returned as not deliverable.

The Clerk of Court is respectfully directed to mail a copy of the order granting Plaintiff's IFP application and the information package to Plaintiff at the address 3400 Independence Street, Apartment 6A, Bronx, NY 10463. The Clerk of Court is respectfully directed to update this address on the docket.

SO ORDERED.

Dated: January 4, 2023
       White Plains, New York

                                                          KENNETH M. KARAS
                                                          United States District Judge